IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

FILED 24 AUG '11 17:10 USDC-ORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-CR - 60097-HO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | [18 U.S.C. §247(c); 18 U.S.C. §844(h)(1)] |
| | ) | |
| CODY SETH CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

## COUNT 1

## [DAMAGE TO RELIGIOUS PROPERTY]

On or about November 28, 2010, in the District of Oregon, defendant CODY SETH CRAWFORD did intentionally deface, damage and destroy and attempt to deface, damage and destroy religious real property, because of the race, color, and ethnic characteristics of an individual and individuals associated with that property; that is, the defendant did cause fire to, deface, damage, and destroy the Salman Alfarisi Islamic Center, located in Corvallis, Oregon.

All in violation of Title 18, United States Code, Section 247(c).

///

///

///

///

///

PAGE 1 - INDICTMENT

## COUNT 2

## [USE OF FIRE TO COMMIT FELONY]

On or about November 28, 2010, in the District of Oregon, defendant CODY SETH CRAWFORD did knowingly and willfully use fire to commit an offense prosecutable as a felony in a court of the United States; that is, the felony of Damage to Religious Property charged in Count One of this Indictment and incorporated herein.

All in violation of Title 18, United States Code, Section 844(h)(1).

Dated this 24 day of August, 2011.

A TRUE BILL

s/ Grand Jury Foreperson
FOREPERSON

Presented by:

DWIGHT HOLTON
United States Attorney

WILLIAM E. FITZGERALD
Assistant United States Attorney

THOMAS E. PEREZ
Assistant Attorney General
United States Department of Justice
Civil Rights Division

FARA GOLD
Trial Attorney
Criminal Section
601 D Street NW, 5th Floor
Washington, DC 20530
(202) 514-3204