Bryan E. Lessley, OSB No. 92081
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
*Bryan_Lessley@fd.org*
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:11-CR-60097-HO |
| Plaintiff, | |
| vs. | |
| **CODY CRAWFORD,** | **DEFENDANT'S MOTION FOR DISCLOSURE OF PRIOR BAD ACTS** |
| Defendant. | |

  Defendant Cody Crawford, through counsel, pursuant to Rule 404(b) of the Federal Rules of Evidence, hereby requests that the government formally disclose any and all prior

Page 1 - DEFENDANT MOTION FOR DISCLOSURE OF PRIOR BAD ACTS

similar acts it intends to introduce against defendant at trial. This motion is made so that appropriate motions *in limine* may be filed to bar introduction of any such proposed evidence.

    This the 17th day of July 2012.

                                              /s/ Bryan E. Lessley  
                                              Bryan E. Lessley  
                                              Attorney for Defendant