

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | November 7, 2012 |
| Case Number: | 6:11−cr−60097−AA |
| Case Title: | U.S.A. v. Cody Seth Crawford |

**(A)   Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Michael R. Hogan to the Honorable Ann L. Aiken, United States District Judge. Information on this case may be obtained from the following:

> Courtroom Deputy: Luci Graham
> Telephone: (541) 431−4102
> Email: luci_graham@ord.uscourts.gov
>
> Docket Information: Sheryl Nogelmeier
> Telephone: (541) 431−4104
> Email: sheryl_nogelmeier.uscourts.gov

**(B)   Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

**(C)   Change to the Case Number:** Effective immediately, Judge Aiken's initials (AA) will replace the previous judge's initials in this case.

**MARY L. MORAN,**
**Clerk of Court**

cc:   Judge Aiken
      Counsel of Record