IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:11CR60097-01 |
| v. | |
| Cody Crawford | ORDER TO ADD CONDITION OF SUPERVISION |

**IT IS ORDERED THAT the following condition shall be added to the conditions of release:**

- In the event the defendant violates the schedule of location monitoring, cannot be located, or violates any program rule of a residential treatment program or community corrections center, U.S. Pretrial Services is authorized to notify the United States Marshals Service or responsible law enforcement agency who is then commanded to arrest the defendant for the violation and bring him/her before a United States Magistrate Judge without unnecessary delay.

**IT IS SO ORDERED THIS** 19th **day of** March **, 2013.**

_____
The Honorable Paul Papak
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**