S. AMANDA MARSHALL, OSB #953473
United States Attorney
WILLIAM E. FITZGERALD, OSB#915151
Assistant United States Attorney
bud.fitzgerald@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Facsimile: (541) 465-6314

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CODY SETH CRAWFORD,<br><br>　　　　　　　　　　Defendant. | Case No. 6: 11-CR-60097-AA<br><br>DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

The United States of America, by and through United States Attorney S. Amanda Marshall and Assistant United States Attorney William E. Fitzgerald, hereby submits the attached declaration in support of the Government's Motion for Extension.

///

PAGE 1 - DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR EXTENSION OF TIME

D E C L A R A T I O N

1. I, William E. Fitzgerald, am an Assistant United States Attorney in Eugene, Oregon, and co-counsel for the United States in <u>United States v. Cody Seth Crawford,</u> Case No. 6: 11-CR-60097-AA.

2. Defendant filed a 35-page Motion to Suppress Results of DNA Testing on January 6, 2014. The Court ordered the Government to file its response no later than February 28, 2014.

3. To adequately respond to Defendant's motion, the Government anticipates the need for affidavits from the FBI Laboratory in Quantico, Virginia, where the DNA tests took place. While the Government has received draft versions of the affidavits, the final versions have not yet been received.

4. A 7-day extension would allow sufficient time for the Government to obtain the finalized affidavits and carefully review them before incorporating them into the response.

5. Last week, I was out of the district attending a Reentry Court workshop in Leesburg, Virginia. This week, I have been involved in hiring new law clerks for the U.S. Attorney's Office, which is a time-consuming endeavor. In addition, I was involved in Reentry Court yesterday, which took up an entire afternoon. These commitments have placed an unusually heavy demand on my time and

energy and, together with the requested FBI laboratory affidavits, prompt this request.

6. Counsel has been diligent in preparation for the litigation of this motion.

7. On February 27, 2014, I e-mailed attorney Bryan Lessley, counsel for Defendant, regarding my need for an extension. He indicated in his response that he did not object to the extension and asked that I request an additional week for his reply.

DATED this 27th day of February, 2014.

                                                S. AMANDA MARSHALL
                                                United States Attorney

                                                /s/William E. Fitzgerald
                                                WILLIAM E. FITZGERALD
                                                Assistant United States Attorney

PAGE 3 - DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION FOR EXTENSION OF TIME