S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
WILLIAM E. FITZGERALD, OSB #915151
Assistant United States Attorney
405 E. Eighth Avenue, Ste. 2400
Eugene, Oregon 97401-2708
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6917
bud.fitzgerald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

UNITED STATES OF AMERICA,                    Case No. 6: 11-CR-60097-AA

        Plaintiff,                                     WITNESS LIST FOR MOTION TO
                                                      SUPPRESS EVIDENCE OF
                                                      STATEMENTS AND CONDUCT

        v.

CODY SETH CRAWFORD,

        Defendant.

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through William E. Fitzgerald, Assistant United States Attorney, and by

Thomas E. Perez, Assistant Attorney General for the Civil Rights Division of the U.S.

Department of Justice, through Fara Gold, prosecutor for the Civil Rights Division, hereby

provides notice of its prospective witnesses for the hearing on Defendant's Motion to Suppress

Evidence of Statements and Conduct (Doc #55).

The United States may call any or all of the following witnesses at the hearing on the

motion:

GOV'T WITNESS LIST RE MOTION TO SUPPRESS STATEMENTS                    PAGE 1

| **WITNESS** | **EXPECTED TESTIMONY** |
|---|---|
| Dr. Andrew Nanton | The Government is calling this witness as an expert under Rule 702, 703 and 705 of the Federal Rules of Evidence. Dr. Nanton is a forensic psychiatrist and he is on the teaching faculty at Oregon Health Sciences University. He will testify regarding acute anxiety and Asperger's Syndrome and the effect of these conditions on statements made under the influence of alcohol. Dr. Nanton's opinion will be that an intoxicated person who has these mental diseases is capable of rendering voluntary statements. His curriculum vitae is attached as Exhibit 1. |

The United States requests leave of the Court to amend or supplement this list, as

necessary, prior to or during the hearing.

Respectfully submitted:

S. AMANDA MARSHALL                      THOMAS E. PEREZ
United State Attorney                           Assistant Attorney General
                                                            Civil Rights Division


WILLIAM E. FITZGERALD                    FARA GOLD
Assistant United States Attorney             U.S. Department of Justice
United States Attorney's Office               Civil Rights Division, Criminal Section
405 E. 8th Avenue, Ste 2400                  601 D Street NW #5200
Eugene, Oregon 97401                          Washington, DC  20530
(541) 465-6771                                     (202) 514-3204