# Andrew Nanton, MD

nanton@ohsu.edu
T 407-243-8323

## Qualifications

- **Assistant Professor 2013–Present, Psychiatry**
  *Oregon Health & Science University*
- **Assistant Professor 2010–2012, Psychiatry**
  *University of Central Florida College of Medicine*
- **Medical Licenses**
  Oregon, North Carolina, Florida (inactive), California (inactive)
- **Board Certification**
  American Board of Psychiatry and Neurology – General Psychiatry, Child & Adolescent Psychiatry, Forensic Psychiatry

## Residency and Fellowship

- **University of California, Davis** — 2009–2010
  *Forensic Psychiatry*
    - Performing violence and sexual risk assessments at Napa State Hospital
    - Providing clinical psychiatric care to Sacramento County Jail inmates
    - Conducting court-ordered and private assessments of competency to stand trial and insanity
    - Performing psychological testing, including tests of competency, malingering, and psychopathy
    - Testing proficiency includes MFAST, SIMS, TOMM, VRAG, SORAG, PCL-R, HCR-20

- **Duke University** — 2007–2009, Chief Resident
  *Child and Adolescent Psychiatry*
    - Provided clinical care for children and adolescents in locked inpatient psychiatric wards, intensive care units, medical wards, schools, and both community and private clinic settings
    - Supervised emergency room care provided by adult psychiatrists for children and adolescents
    - Focus of clinics included Obsessive-Compulsive Disorder, ADHD, Drug and Alcohol use, Trauma and Abuse, and Autism
    - Provided both medication management as well as individual, group, and family psychotherapy
    - Organized and prepared academic curriculum for the child psychiatry fellowship

- **Duke University** — 2004–2007
  *General Psychiatry*
    - Provided clinical care on locked inpatient psychiatric wards, emergency rooms, intensive care units, medical wards, and drug and alcohol addiction centers
    - Care environments included state hospital, private hospital, Veteran's Affairs hospital, and a two year long residential substance abuse program
    - Training included experience in neurology, general medicine, emergency medicine, sleep medicine, and administration of Electroconvulsive Therapy (ECT)

# Andrew Nanton, MD

nanton@ohsu.edu

## Education

- **Tulane University** — 2000–2004
  *Doctor of Medicine*
- **University of Florida** — 1997–2000
  *Bachelor of Science, Zoology* — *Magna Cum Laude*
- **University of Central Florida** — 1996–1997
  *LEAD Scholar*

## Additional Medical Experience

- **Central Florida Behavioral Hospital, Orlando FL** — 2012
  *Inpatient Psychiatry*
  - Inpatient psychiatrist for children, adolescents, and dual-diagnosis adults
- **University of Central Florida Student Health Services, Orlando FL** — 2010–2012
  *College Mental Health*
  - Provided psychiatric care for students in a multi-disciplinary outpatient treatment center
- **Fellowship Hall, Greensboro NC** — 2007–2009
  *Addiction Disorders*
  - Provided general medical and psychiatric care for patients in a 28-day residential substance abuse treatment center

## Teaching

- **University of Central Florida College of Medicine, Orlando FL** — 2010–2012
  *S6 – Neuroscience*
  - Present key psychopathology and psychopharmacology concepts to medical students in their second year. Materials I developed for this course are being used internationally, including at Myungsung Medical College and Addis Ababa University.
- **University of Central Florida College of Medicine, Orlando FL** — 2011–2012
  *I1 – Research*
  - Research Mentor for students in their "Focused Individualized Research Experience" (FIRE).
- **University of Central Florida College of Medicine, Orlando FL** — 2011–Present
  *M3 – Psychiatry*
  - Teaching students the clinical application of psychiatry and psychopharmacology concepts during their rotation.
- **University of Central Florida College of Medicine, Orlando FL** — 2011–2012
  *C1 – Psychosocial Issues in Medicine*
  - Course director for behavioral science and medical ethics class.

# Andrew Nanton, MD

nanton@ohsu.edu

## Presentations

- Virtual Evidence of Human Behavior: Technology as Co-Conspirator *Accepted for 02/2014*
  American Academy of Forensic Sciences, 2014: Seattle, Washington

- Computers and Technology in Forensic Psychiatry
  American Academy of Psychiatry and Law, 2013: San Diego, California

- Early Career Guidance: "If I had Known Then What I Know Now"
  American Academy of Psychiatry and Law, 2012: Montreal, Québec

- Computers and Technology in Forensic Psychiatry
  American Academy of Psychiatry and Law, 2011: Boston, Massachusetts

- Exploring Characteristics of Malingerers using the Structured Interview of Reported Symptoms.
  Royal Australian and New Zealand College of Psychiatrists Forensic Section, 2010: Prato, Italy
  – Research presentation with Barbara McDermott, PhD, Keelin Garvey, MD, and Jessica Ferranti, MD.

- Practical Neurology: Approach to the Common Psychiatric Comorbidities
  Florida Society of Neurology, Practical Neurology, October 2, 2010
  – Part of a weekend course on neurology and neuroscience for primary care physicians.

- Dissociative Identity Disorder
  American Academy of Psychiatry and Law, 2009: Baltimore, Maryland
  – Presentation with Charles Scott, MD, Keelin Garvey, MD, and Jessica Ferranti, MD

- "fMRI of Deception in a Poker Paradigm vs Human and Computer" (poster session)
  American Academy of Psychiatry and Law, 2009: Baltimore, Maryland
  – Research with Daniel Bowling, JD, R. Mckell Carter, PhD, and Scott Huttel PhD.

- History of Civil Commitment
  American Academy of Psychiatry and Law, 2008: Seattle, Washington
  – Panel with Ken Weiss, MD, Peter Barboriak, MD, and Robert Sadoff, MD

- Grand Rounds – Physician Discipline in North Carolina
  Duke University Medical Center, 2008: Durham, North Carolina

- "Physician Impairment Across Specialties" (poster session)
  American Academy of Psychiatry and Law, 2006: Miami, Florida

- Duke University Law School Trial Law – Mock Trial
  Duke University Law School, 2006 and 2007: Durham, North Carolina
  – Assisted law students as an expert psychiatric witness in mock trials.

- "Hepatic Pathological Correlates in Chronic Alcohol Use"
  Fellowship Hall Hospital, 2005: Greensboro, North Carolina

# Andrew Nanton, MD      nanton@ohsu.edu

## Research Experience

- **Research Clinical Provider** — 2012
  *PI: Deborah Beidel, PhD* — *University of Central Florida*
  - Trauma Management Therapy for OEF and OIF Combat Veterans - Managed medications for patients enrolled in Trauma Management Therapy protocol targeting Combat PTSD symptoms.

- **Research Collaborator** — 2009–2010
  *PI: Barbara McDermott, PhD* — *University of California, Davis*
  - Performed malingering testing and evaluation of characteristics of pre-trial evaluees with feigned mental illness.

- **Research Assistant** — 2008–2009
  *PI: Scott Huettel, PhD* — *Duke University*
  - Collaborated on an analysis of deception as measured by fMRI.

- **Primary Investigator** — 2006–2008
  *Duke University* — *Durham, NC*
  - Analyzed North Carolina Medical Board discipline data to correlate categories of physician offenses and specialities. Presented as a poster at the American Academy of Psychiatry and Law conference, with a manuscript submitted for publication.

- **Open-Label CBT Provider** — 2007–2009
  *Pediatric OCD Treatment Study II* — *Duke University*
  - Provided a manualized cognitive-behavioral therapy specific to OCD as a part of a multi-site trial comparing medication, psychotherapy, and combination treatments in children.

- **Research Clinical Provider** — 2007–2009
  *Child and Adolescent Psychiatry Trials Network* — *Duke University*
  - Clinical provider for the ASK and PARCA studies, aimed at evaluating the safety of SSRI antidepressants in children and adolescents.

- **Research Clinical Provider** — 2008–2009
  *Pre-School Atomoxetine Study* — *University of Nebraska*
  - Provided parent training and medication management to preschoolers with ADHD, randomized to either atomoxetine or placebo.

- **Research Assistant** — 2003
  *PI: Erich Lang, MD* — *Tulane University*
  - Analyzed data on the outcome of liver cancers treated by alcohol ablation, chemoembolization, and chemotherapy.

- **Research Assistant** — 1999–2000
  *PI: Lung-Ji Chang, PhD* — *University of Florida*
  - Developed plasmids for the construction of lentiviral gene therapy vectors. My participation in this research was through a University Scholars award.

# Andrew Nanton, MD

nanton@ohsu.edu

## Publications

- Nanton, A "Sybil Exposed: A Look at Dissociative Identity Disorder"
  Psychiatric Times, May 2012.

- Nanton A, Beinfeld D "Forensic Psychiatric Interview"
  Medscape Reference eMedicine, October 2011.

- Nanton A, "The SSRI Safety Controversy: A Resident's Perspective"
  American Journal of Psychiatry Resident Journal, May 2008.

## Software Development

- Jail Psychiatric Services Documentation Assistant, 2010
  – Automates the insertion of patient and provider information into standardized PDF forms.

- www.LobesAndRobes.com, 2007–2009
  – Developed a forensic psychiatry portal and online community, with a virtual reading group for Isaac Ray's *A Treatise on the Medical Jurisprudence of Insanity*.

- Virtual Radiograph Room, 2001–2004
  – Authored portions of a computer-based introduction to CT imaging for Tulane University School of Medicine.

- Digital Animation, 2000
  – Created 3D model, animation, and rendering of a Röntgen tube as a teaching tool for the University of Florida Department of Radiology.

## Service and Leadership

- Chair of Early Career Committee Chair, American Academy of Psychiatry and Law, 2011–Present

- Peer Reviewer, MedEdPortal, 2011–2013

- Faculty Senate IT Resource Advisory Committee, UCF Faculty Senate, 2011–2012

- Computer Committee Member, American Academy of Psychiatry and Law, 2008–Present

- Early Career Committee Member, American Academy of Psychiatry and Law, 2007–Present

- Chief Resident, Duke Child and Adolescent Psychiatry Fellowship, 2008–2009

- Administrator, Psychosocial Treatments of Childhood Disorders Blackboard Site, 2007–2009

- Forensic Committee Member, North Carolina Psychiatric Association, 2007–2009

# Andrew Nanton, MD

nanton@ohsu.edu

## Professional Memberships

- Diplomate, American Board of Psychiatry and Neurology
- American Academy of Psychiatry and Law
- American Academy of Child and Adolescent Psychiatry

## Honors and Awards

- University of Central Florida College of Medicine *Excellence in Teaching* Award
- University of Florida *University Scholars* Research Grant – Lentiviral Gene Therapy Vectors