Bryan E. Lessley, OSB #92081
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Bryan_Lessley@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CODY CRAWFORD,<br><br>     Defendant | No. 6:11-cr-60097-AA-1<br><br>DEFENDANT'S WITNESS LIST FOR HEARING ON MOTION TO SUPPRESS EVIDENCE OF STATEMENTS AND CONDUCT |

  The defendant, through counsel, hereby gives notice that he intends to call the following witnesses at the hearing on his Motion To Suppress Evidence Of Statements And Conduct, currently scheduled for October 7, 8 and 10, 2014.

  1. Judith Nakhnikian. Ms. Nakhnikian is the Assistant Chief Investigator for the Federal Public Defender. She is expected to testify as an introductory witness to explain matters of chronology and to introduce recorded audio and video Exhibits.

2. Gary Mesibov, Ph.D. Dr. Mesibov is expected to testify as an expert witness regarding Asperger's disorder and his conclusions based on his examinations of Cody Crawford as set out in his Evaluation Report of May 21, 2012 (Defense Exhibit D)(sealed) and his Confirmation of Mental Status Diagnosis dated December 5, 2012 (Defense Exhibit E)(sealed). Dr. Mesibov's curriculum vitae is included as Defense Exhibit C.

3. Scott Reichlin, M.D. Dr. Reichlin is expected to testify as an expert in forensic psychiatry regarding his evaluation and diagnosis of Cody Crawford as set out in his Confidential Mental Health Report of Cody Crawford of September 30, 2013 (Defense Exhibit I)(sealed). Dr. Reichlin's curriculum vitae is included as Defense Exhibit J.

THIS the 29th day of September, 2014.

/s/ Bryan E. Lessley
Bryan E. Lessley
Assistant Federal Public Defender