Bryan E. Lessley, OSB #92081
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Bryan_Lessley@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CODY CRAWFORD,<br><br>          Defendant | No. 6:11-cr-60097-AA-1<br><br>DEFENDANT'S EXHIBIT LIST FOR HEARING ON MOTION TO SUPPRESS EVIDENCE OF STATEMENTS AND CONDUCT |

The defendant, through counsel, hereby provides the attached list of Exhibits that he intends to introduce at the hearing on his Motion To Suppress Evidence Of Statements And Conduct, currently scheduled for October 7, 8 and 10, 2014.

THIS the 29th day of September, 2014.

                                        /s/ Bryan E. Lessley
                                        Bryan E. Lessley
                                        Assistant Federal Public Defender

U.S. v. Cody Crawford, 6:11-CR-60097-AA
Exhibit List - Motion to Suppress Statements and Conduct
September 29, 2014

| Ex. | Date | Description |
|---|---|---|
| A | 12/14/2010 | Transcript of recording from Yamhill County Jail |
| A-1 | 12/14/2010 | Excerpt 1 from transcript of recording from Yamhill County Jail, "Monty Python" |
| A-2 | 12/14/2010 | Video corresponding to Excerpt 1: Time frame captured: 10:31:08 p.m.– 10:31:52 p.m. |
| A-3 | 12/14/2010 | Excerpt 2 from transcript of recording from Yamhill County Jail, "Where's Jake" |
| A-4 | 12/14/2010 | Video corresponding to Excerpt 2: Time frame captured: 11:31:32 p.m. – 11:36:13 p.m. |
| B | 12/16/2010 | Transcript of recording of Cody Crawford at Good Samaritan Hospital |
| B-1 | 12/16/2010 | Excerpt 1 from transcript of recording of Cody Crawford at Good Samaritan Hospital - "Jesus Haters" |
| B-2 | 12/16/2010 | Audio corresponding to Excerpt 1 |
| B-3 | 12/16/2010 | Excerpt 2 from transcript of recording of Cody Crawford at Good Samaritan Hospital - "Donkey Named Javio" |
| B-4 | 12/16/2010 | Audio corresponding to Excerpt 2 |
| B-5 | 12/16/2010 | Excerpt 3 from transcript of audio of Cody Crawford at Good Samaritan Hospital - "National Armory" |
| B-6 | 12/16/2010 | Audio corresponding to Excerpt 3 |
| B-7 | 12/16/2010 | Excerpt 4 from transcript of audio of Cody Crawford at Good Samaritan Hospital - "Spit on Wall" |
| B-8 | 12/16/2010 | Audio corresponding to Excerpt 4 |
| B-9 | 12/16/2010 | Excerpt 5 from transcript of audio of Cody Crawford at Good Samaritan Hospital - "Urinating" |
| B-10 | 12/16/2010 | Audio corresponding to Excerpt 5 |
| B-11 | 12/16/2010 | Excerpt 6 from transcript of audio of Cody Crawford at Good Samaritan Hospital – "Revelation" |
| B-12 | 12/16/2010 | Audio corresponding to Excerpt 6 |
| B-13 | 12/16/2010 | Excerpt 7 from transcript of audio of Cody Crawford at Good Samaritan Hospital - "Affidavit" |
| B-14 | 12/16/2010 | Audio corresponding to Excerpt 7 |
| B-15 | 12/16/2010 | Excerpt 8 from transcript of audio of Cody Crawford at Good Samaritan Hospital – "Seizure" |
| B-16 | 12/16/2010 | Audio corresponding to Excerpt 8 |
| B-17 | 12/16/2010 | Excerpt 9 from transcript of audio of Cody Crawford at Good Samaritan Hospital – "Planet of the Apes" |
| B-18 | 12/16/2010 | Audio corresponding to Excerpt 9 |
| C | 10/2011 | Dr. Gary Mesibov – CV |
| D | 5/21/2012 | Evaluation Report of Dr. Gary Mesibov |
| E | 12/5/2012 | Report of Dr. Gary Mesibov – Confirmation of Mental Status Diagnosis |
| F | 11/29/2012 | Transcript of interview by Poole |
| F-1 | 11/29/2012 | Excerpt 1 from transcript of interview of Cody Crawford |

U.S. v. Cody Crawford, 6:11-CR-60097-AA
Exhibit List - Motion to Suppress Statements and Conduct
September 29, 2014

| | | |
|---|---|---|
| F-2 | 11/29/2012 | Audio corresponding to Excerpt 1: Time frame captured: 00:04:25 – 00:09:02 |
| F-3 | 11/29/2012 | Excerpt 2 from transcript of interview of Cody Crawford |
| F-4 | 11/29/2012 | Audio corresponding to Excerpt 2 |
| F-5 | 11/29/2012 | Excerpt 3 from transcript of interview of Cody Crawford |
| F-6 | 11/29/2012 | Audio corresponding to Excerpt 3: Time frame captured: 00:27:07 – 28:38:38 |
| G | 6/21/2013 | Report of Psychological Evaluation of Cody Crawford by Jerome Gordon, PsyD. |
| H | 9/25/2013 | Report of ORS 161.370 Evaluation of Cody Crawford at Oregon State Hospital by Daniel Smith, PsyD |
| I | 9/30/2013 | Confidential Mental Health Report of Cody Crawford by Scott Reichlin, M.D. |
| J | 9/23/2014 | Scott Reichlin – CV |
| K | 2/22/2014 | Psychological Evaluation of Cody Crawford by Jerome S. Gordon |
| L | 4/24/2014 | Report of Evaluation of Cody Crawford at Oregon State Hospital by Mandy Davies, PsyD |
| M | 5/30/2014 | Polk County Sentencing Order |
| N | 7/09/2013 | Oregon State Hospital Commitment Orders |
| O-8 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.8 |
| O-15 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.15 |
| O-19 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.19 |
| O-20 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.20 |
| O-21 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.21 |
| O-24 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.24 |
| O-26 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.26 |
| O-33 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.33 |
| O-36 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.36 |
| O-42 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.42 |
| O-45 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.45 |
| O-46 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.46 |
| O-47 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.47 |
| O-48 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.48 |
| O-49 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.49 |
| O-50 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.50 |
| O-53 | 04/12/2011 | Corvallis Police Department Inclusive Case Report, p.53 |
| P-1 | 05/18/2011 | 302 of Ashley Crawford interview, p.1 |

| P-2 | 5/18/2011 | 302 of Ashley Crawford interview, p.5 |
| Q | 12/02/2010 | 302 Neighborhood Canvass Interview of Cody Crawford by Melanie Wissell |
| R | 11/29/2010 | Affidavit in Support of Search Warrant – Poole, p. 7 |
| S-1 | 11/29/2010 | Search Warrant |
| S-2 | 11/29/2010 | Search Warrant Return |
| S-3 | 11/29/2010 | Evidence Report Form |
| S-4 | 11/29/2010 | Search Warrant |
| S-5 | 11/29/2010 | Search Warrant Return |
| S-6 | 11/29/2010 | Search Warrant Return |
| S-7 | 11/29/2010 | Search Warrant |
| S-8 | 11/29/2010 | Search Warrant Return |
| T | 11/29/2010 | 302 – Report of Physical Surveillance |
| U-1 | 11/28/2010 | 302 - FBI Neighborhood Canvass Report |
| U-2 | 11/28/2010 | Major Crime Team Neighborhood Canvass Reports |
| U-3 | N/A | Neighborhood Canvass Reports Exhibit |
| V-1 | 12/03/2010 | Article – KGW.com |
| V-2 | 12/03/2010 | Article – kptv.com Fox 12 |
| V-3 | 12/13/2010 | Article – StatesmanJournal.com |
| V-4 | 12/16/2010 | Article – Washington Post |
| V-5 | 12/16/2010 | Article – Gazette-Times |
| V-6 | 12/11/2010 | Article – KOMO news |
| V-7 | N/A | Daylife.com article and photo of Cody Crawford |
| V-8 | 12/04/2010 | Article – StatesmanJournal.com |
| V-9 | 12/04/2010 | Article – StatesmanJournal.com |
| V-10 | 12/03/2010 | Article – StatesmanJournal.com |
| V-11 | 12/03/2010 | Article – Willamette Week |
| V-12 | 12/03/2010 | Article – The Oregonian |
| V-13 | 12/03/2010 | Article – Gazette-Times |
| V-14 | 12/03/2010 | Article – The Register-Guard |
| V-15 | 12/12/2010 | Article – KATU.Com |
| V-16 | 12/03/2010 | Article – USA Today |

| V-17 | 12/11/2010 | Article – KATU.Com |
|---|---|---|
| W | 12/14/2010 | McMinnville Police Department Case Report |
| X-1 | 12/16/2010 | Inclusive Case Report – Corvallis Police |
| X-2 | 12/16/2010 | Video recording of Cody Crawford in police car |
| Y-1 | 12/14/2010 | Willamette Valley Medical Center - Emergency Room Record – Kyle Shaver, M.D. |
| Y-2 | 12/16/2010 | Benton Health Services Record |
| Y-3 | 12/16/2010 | Emergency Room Report of Paul Hochfeld, MD |
| Y-4 | 12/17/2010 | Emergency Room Report of Stefan Spann, MD |
| Y-5 | 12/16/2012 | Samaritan Health Services Social History |
| Y-6 | 12/16/2010 | Samaritan Health Services Mental Health Progress Notes - psychotic + delusional |
| Y-7 | 12/17/2010 | Samaritan Health Services Mental Health Progress Notes - jumping up/down, slapping walls |
| Y-8 | 12/18/2010 | Samaritan Health Services Mental Health Progress Notes - wearing underwear on his head |
| Y-9 | 12/18/2010 | Samaritan Health Services Mental Health Progress Notes - possible delusions |
| Y-10 | 12/20/2010 | Samaritan Health Services Mental Health Progress Notes - current delusional state with very poor insight |
| Y-11 | 12/22/2010 | Samaritan Health Services Mental Health Progress Notes - FBI, CIA and the apocalypse |
| Y-12 | 12/24/2010 | Samaritan Health Services Mental Health Progress Notes - delusional |
| Y-13 | 01/01/2011 | Samaritan Health Services Mental Health Progress Notes – food poisoned |
| Y-14 | 01/01/2011 | Samaritan Health Services Mental Health Progress Notes – breakfast poisoned |
| Y-15 | 01/14/2011 | Samaritan Health Services Transfer Form – bipolar diagnosis |
| Y-16 | 01/14/2011 | Samaritan Health Services Discharge Summary |
| Y-17 | 01/24/2011 | Oregon State Hospital IDT Physician Progress Record - bipolar disorder, manic with psychotic features |
| Y-18 | 02/07/2011 | Oregon State Hospital IDT Physician Progress Record |
| Y-19 | 02/09/2011 | Oregon State Hospital Master Care Treatment Plan |
| Y-20 | 02/17/2011 | Final Order of the Office of Administrative Hearings for State of Oregon Dept. of Human Services |
| Y-21 | 02/28/2011 | Oregon State Hospital IDT Physician Progress Record |
| Y-22 | 02/28/2011 | Oregon State Hospital IDT Physician Progress Record |
| Y-23 | 3/7/11 | Oregon State Hospital IDT Physician Progress Record |
| Y-24 | 3/7/11 | Oregon State Hospital IDT Physician Progress Record |
| Y-25 | 03/25/2011 | Letter to Mary Biel from Thomas Hansen, M.D. |
| Y-26 | 04/27/2011 | Discharge Summary – Oregon State Hospital |
| Z | N/A | Timeline |