S. AMANDA MARSHALL
United States Attorney
District of Oregon
WILLIAM E. FITZGERALD
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
(541) 465-6771
bud.fitzgerald@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 6: 11-CR-60097-AA |
|---|---|
| Plaintiff, | EXHIBIT 13 |
| vs. | (ECF No. 94) |
| CODY SETH CRAWFORD, | |
| Defendant. | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and William E. Fitzgerald, Assistant United States Attorney, respectfully submits Exhibit 13 in support of the United States' Response to Defendant's Motion to Suppress the Results of DNA testing (ECF No. 94).

S. AMANDA MARSHALL
United States Attorney District of Oregon

*/s/ William E. Fitzgerald*
WILLIAM E. FITZGERALD
Assistant United States Attorney