S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
WILLIAM E. FITZGERALD, OSB #915151
Assistant United States Attorney
405 E. Eighth Avenue, Ste. 2400
Eugene, Oregon 97401-2708
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6917
bud.fitzgerald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6: 11-CR-60097-AA |
| Plaintiff, | EXHIBIT LIST FOR MOTION TO SUPPRESS THE RESULTS OF DNA TESTING |
| v. | |
| CODY SETH CRAWFORD, | |
| Defendant. | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, through William E. Fitzgerald, Assistant United States Attorney, and by

Vanita Gupta, Acting Assistant Attorney General for the Civil Rights Division of the U.S.

Department of Justice, through Fara Gold, prosecutor for the Civil Rights Division, hereby

provides notice of exhibits it intends to offer at the hearing on Defendant's Motion to Suppress

the Results of DNA Testing (Doc #84).

The United States may offer any or all of the following exhibits at the hearing on the

motion:

PAGE 1 - GOV'T EXHIBIT LIST RE MOTION TO SUPPRESS DNA TEST RESULTS

| **EXHIBIT NUMBER** | **DESCRIPTION OF EXHIBIT** |
|---|---|
| Exhibit 1 | Excerpts of Corvallis Police Department Incident Report (12 pages) |
| Exhibit 2 | Crime Scene Photograph (1 page) |
| Exhibit 3 | Photograph of JTP2/1B3 (1 page) |
| Exhibit 4 | Photograph of Q3 and Q3.1 (1 page) |
| Exhibit 5 | Evidence Chronology (2 pages) |
| Exhibit 6 | FBI Evidence Record and Chain of Custody (4 pages) |
| Exhibit 7 | Diagram re JTP2/1B3/Q3 (1 page) |
| Exhibit 8 | FBI Lab Report re Q3-1/K5 (4 pages) |
| Exhibit 9 | FBI Lab Report re Q12/K5 (4 pages) |
| Exhibit 10 | Declaration of Mark Whitworth w Attachments (16 pages) |
| Exhibit 11 | Declaration of Jade Gray w Attachments (27 pages) |
| Exhibit 12 | Curriculum Vitae of Jade Gray (3 pages) |
| Exhibit 13 | Dilution and Merge Notes re Q12-1 (1 page) |

The United States requests leave of the Court to amend or supplement this list, as necessary, prior to the hearing.

Respectfully submitted:

S. AMANDA MARSHALL
United State Attorney

*/s/ William E. Fitzgerald*
WILLIAM E. FITZGERALD
Assistant United States Attorney
United States Attorney's Office
405 E. 8th Avenue, Ste 2400
Eugene, Oregon 97401
(541) 465-6771

VANITA GUPTA
Acting Assistant Attorney General
Civil Rights Division

FARA GOLD
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW #5200
Washington, DC  20530
(202) 514-3204