CURRICULUM VITAE

# Amber B. Carr

DNA Support Unit
Federal Bureau of Investigation
Laboratory Division
2501 Investigation Parkway
Quantico, VA  22135
(703) 632-7514

## Education

2004    **Marshall University**
Master of Science in Forensic Science
DNA Analysis Concentration
Huntington, WV

2002    **Virginia Tech**
Bachelor of Science in Biochemistry
Minors in Chemistry and Biology
Blacksburg, VA

## Professional Experience

7/14 – present    **Supervisory Biologist**
Federal Bureau of Investigation
DNA Support Unit
Quantico, VA

5/12 – 7/14    **Forensic Examiner – Missing Persons Program Manager**
Federal Bureau of Investigation
Nuclear DNA Unit
Quantico, VA

9/08 - 5/12    **Forensic Examiner**
Federal Bureau of Investigation
Nuclear DNA Unit
Quantico, VA

6/04 - 9/08    **Forensic Biologist**
Federal Bureau of Investigation
DNA Analysis Unit I
Quantico, VA

1/04 - 5/04    **Graduate Assistant**
Marshall University Forensic Science Center
CODIS Laboratory
Huntington, WV

5/03 - 8/03    **Forensic Internship**
North Carolina State Bureau of Investigation Crime Laboratory
Molecular Genetics Section
Raleigh, NC

| 5/01 - 5/02 | **Forensic Internship** |
|---|---|
| | Virginia Division of Forensic Science Western Laboratory |
| | Biology Section |
| | Roanoke, VA |

## Professional Associations

Mid-Atlantic Association of Forensic Scientists

## Professional Training

| 2014 | 2014 National Institute of Standards and Technology Update - Quantico, VA |
|---|---|
| 2014 | Scientific Working Group on DNA Analysis Methods (SWGDAM) - Quantico, VA |
| 2013 | Scientific Working Group on DNA Analysis Methods (SWGDAM) - Dumfries, VA |
| 2013 | DNA Mixture Interpretation Workshop & Webcast by National Institute of Standards and Technology |
| 2013 | Scientific Working Group on DNA Analysis Methods (SWGDAM) - Dumfries, VA |
| 2013 | Forensic DNA Statistics by Dr. Bruce Weir - Quantico, VA |
| 2012 | Genemapper ID-X Software Training by Applied Biosystems - Quantico, VA |
| 2012 | Kinship Analysis by Steven Meyer and Brian Harmon of CAL-DOJ - Richmond, CA |
| 2012 | Scientific Working Group on DNA Analysis Methods (SWGDAM) - Fredericksburg, VA |
| 2011 | Y-STR Training - Quantico, VA |
| 2011 | Kinship Analysis Workshop by John Planz of UNT – Quantico, VA |
| 2011 | CODIS 7.0 Instructor Led Training - McLean, VA |
| 2011 | CODIS 7.0 Computer Based Training - Quantico, VA |
| 2011 | Scientific Working Group on DNA Analysis Methods (SWGDAM) - Fredericksburg, VA |
| 2010 | Kin-Calc Kinship Analysis Training by California-Department of Justice - Quantico, VA |
| 2010 | FSS-IBD Kinship Analysis Training by the Forensic Science Service - Quantico, VA |
| 2010 | Population Statistics and Forensic DNA Analysis Training - Quantico, VA |
| 2009 | mRNA Update by CFSRU of the FBI - Quantico, VA |
| 2009 | Touch DNA and Analysis of Data by the ATF - Quantico, VA |
| 2009 | NIJ Conference - Crystal City, VA |
| 2009 | Y-chromosome STR Lecture by University of Cincinnati - Quantico, VA |

Professional Training cont.  _____

| | |
|---|---|
| 2008 | Prepfiler and Quantifiler Duo Software Applications by Applied Biosystems - Quantico, VA |
| 2008 | Advanced Technical Human Identification/Kinship Analysis Training for Forensic Applications by Applied Biosystems - Boston, MA |
| 2008 | DNA Auditor Training by FBI - Fredericksburg, VA |
| 2007 | Single Cell Microdissection and Whole Genome Amplification by the University of Central Florida - Quantico, VA |
| 2007 | Introduction to Sperm Hy-Liter Tests for Forensic Laboratories by Independent Forensics - Quantico, VA |
| 2007 | ABI 3130/GeneMapper ID Training by Applied Biosystems - Rockville, MD |
| 2007 | Multichannel Verification System Training by Artel - Quantico, VA |
| 2006 | 3130 Genetic Analyzer Training by Applied Biosystems - Quantico, VA |
| 2006 | mRNA Profiling for Body Fluids by the University of Central Florida - Quantico, VA |
| 2006 | Future Trends in Forensic DNA Technology Seminar by Applied Biosystems - Washington, D.C. |
| 2005 | Microfluidic Devices for Genetic Analysis by the University of Virginia - Quantico, VA |
| 2005 | Use of mRNA in Forensic Serology Operations by the University of Central Florida - Quantico, VA |
| 2005 | Bone Extraction Training by the University of North Texas Health Science Center - Fort Worth, TX |
| 2005 | Automation of DNA Project by The BODE Technology Group - Quantico, VA |
| 2005 | NIST DNA Profiling Seminar - Quantico, VA |
| 2005 | Tecan Robotics Seminar by Tecan - Quantico, VA |
| 2005 | Autosomal and Y-chromosome SNP Presentation by Orchid Biosciences - Quantico, VA |
| 2004 | Pipette Training Seminar by Artel - Quantico, VA |
| 2002 | Fingerprint Impressions by FBI - Huntington, WV |
| 2002 | Money Laundering in Drug Law Enforcement by DEA - Huntington, WV |
| 2001 | Forensic Issues in the 21st Century by College of Health Science - Roanoke, VA |

## Scientific Meetings

19th National CODIS Conference
Norman, OK  November 19-21, 2013

17th National CODIS Conference
Jacksonville, FL  November 14-16, 2011

22nd International Symposium on Human Identification
Washington, DC  October 3, 2011

Mid-Atlantic Association of Forensic Science Annual Meeting
Virginia Beach, VA  May 26-27, 2011

20th International Symposium on Human Identification
Las Vegas, NV  October 13-15, 2009

60th Annual Meeting of the American Academy of Forensic Sciences
Washington, DC  February 21-22, 2008

Mid-Atlantic Association of Forensic Science Annual Meeting
Washington, DC  May 24, 2007

11th National CODIS Conference
Crystal City, VA  November 7-8, 2005

56th Annual Meeting of the American Academy of Forensic Sciences
Dallas, TX  February 16-21, 2004
- Young Forensic Scientists Forum

Chesapeake Bay Division of the International Association for Identification Conference
Roanoke, VA  April 5, 2003

55th Annual Meeting of the American Academy of Forensic Sciences
Chicago, IL  February 17-22, 2003
- Murder by Poison & Poisoners Throughout History Workshop
- Young Forensic Scientists Forum

Chesapeake Bay Division of the International Association for Identification Conference
Ocean City, MD November 8-9, 2002
- Crime Scene Workshop

## Presentations and Abstracts

"Blood & Body Fluid Collection and Handling of DNA Evidence", Evidence Response Team Basic Training.  September 22, 2009 and August 10, 2010.

Bonham, Amber R., and Thomas O. Sitz.  "Guanine-7-Methyltransferase: Active Site Labeling with RNA and DNA."  Virginia Journal of Science 53, No. 2 (2002): 84.

Bonham, Amber R., and Thomas O. Sitz.  "Active Site Labeling of Guanine-7-Methyltransferase."  Virginia Journal of Science 52, No. 2 (2001): 103-104.

## Court Qualifications

Qualified as an expert witness in Federal and State Jurisdictions in the fields of Forensic Serology and DNA Analysis.