# Amplification Notes

**Federal Bureau of Investigation**
nDNA Unit

Lab Number:  101130010

**Batch ID: A0441**     **Profiler Plus ID**

| Sample | Fraction | Tube ID | Sample Remarks | Well # | Neat Consumed [uL] | Dilution | Target Factor |
|---|---|---|---|---|---|---|---|
| Q12-1a | n | 00J7S | Q12-1an and Q12-1bn merged. | 41 | 20 | No | 1 |
| QB-1a | n | 00J7R | QB-1an and QB-4an merged. | 42 | 20 | No | 1 |

**Batch Info**

| Batch ID | ProcessID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A0441 | AMP Setup | 1/19/2011 | akg | n/a | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FC000009 | 9947A | 12/6/2011 |
| PP000005 | Profiler Plus ID | 12/6/2011 |
| PT000003 | Profiler Plus ID Taq | 12/6/2011 |
| WA000018 | H2O | 12/21/2011 |

| Batch ID | ProcessID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A0441 | Thermal Cycling | 1/19/2011 | akg | 39 | True |

Amp Remarks

| Batch ID | ProcessID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A0441 | CE Daughter Setup | 1/20/2011 | akg | n/a | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FO000003 | Formamide | 5/13/2011 |
| GR000004 | CE Internal ROX Standard | 12/7/2011 |
| LP000003 | Profiler Plus ID Ladder | 12/6/2011 |

| Batch ID | ProcessID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A0441 | Denature | 1/20/2011 | akg | n/a | True |

Amp Remarks

| Batch ID | ProcessID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A0441 | STR Injection | 1/20/2011 | akg | 23 | True |

Amp Remarks
1st reinjects for: 090805006, 100218009; 2nd reinject for 100218009

| Barcode | Consumable | Expires On |
|---|---|---|
| CB000003 | CE Buffer | 7/8/2011 |
| CC000026 | CE Capillary | 11/17/2015 |
| PO000007 | CE Polymer | 6/28/2011 |

GOVERNMENT EXHIBIT 14-B 11-CR-60097-AA

Tuesday, January 25, 2011         Page 1 of 1         Government Exhibit 14-B
                                                       Page 1 of 7

# Amplification Notes

**Federal Bureau of Investigation**
nDNA Unit

Lab Number: **120209015**

Batch ID: **A2167**     **Profiler Plus ID**

| Sample | Fraction | Tube ID | Sample Remarks | Well # | Neat Consumed [uL] | Dilution | Target Factor |
|---|---|---|---|---|---|---|---|
| Q3-1b | n | 00W9P | Neat. | 2 | 20 | No | 1 |
| QB-4a | n | 00W9O | Neat. | 3 | 20 | No | 1 |

# Amplification Notes

**Federal Bureau of Investigation**
nDNA Unit

Lab Number: **120209015**

## Batch Info

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2167 | AMP Setup | 3/20/2012 | llf | 1 | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FC110512 | 9947A | 11/5/2012 |
| PP110512 | Profiler Plus ID | 11/5/2012 |
| PT110512 | Profiler Plus ID Taq | 11/5/2012 |
| WA030113-1 | H2O | 3/1/2013 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2167 | Thermal Cycling | 3/20/2012 | llf | 62 | True |

Amp Remarks

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2167 | CE Daughter Setup | 3/21/2012 | llf | n/a | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FO000005 | Formamide | 8/5/2012 |
| GR000006 | CE Internal ROX Standard | 11/15/2012 |
| LP110512 | Profiler Plus ID Ladder | 11/5/2012 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2167 | Denature | 3/21/2012 | llf | 62 | True |

Amp Remarks

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2167 | STR Injection | 3/21/2012 | llf | 28 | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| CB000004 | CE Buffer | 4/6/2012 |
| CC000057 | CE Capillary | 2/14/2021 |
| PO071312 | CE Polymer | 7/13/2012 |

Friday, March 30, 2012                 Page 2 of 6

# Amplification Notes

**Federal Bureau of Investigation**
nDNA Unit

Lab Number: **120209015**

Batch ID: **A2262**     **Profiler Plus ID**

| Sample | Fraction | Tube ID | Sample Remarks | Well # | Neat Consumed [uL] | Dilution | Target Factor |
|---|---|---|---|---|---|---|---|
| Q3-1a | n | 00W9T | Neat. | 7 | 20 | No | 1 |
| QB-1a | n | 00W9U | Neat. | 8 | 20 | No | 1 |

Friday, March 30, 2012      Page 3 of 6

# Amplification Notes

**Federal Bureau of Investigation**
nDNA Unit

Lab Number: **120209015**

## Batch Info

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2262 | AMP Setup | 2/21/2012 | jkp | 1 | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FC110512 | 9947A | 11/5/2012 |
| PP110512 | Profiler Plus ID | 11/5/2012 |
| PT110512 | Profiler Plus ID Taq | 11/5/2012 |
| WA011813 | H2O | 1/18/2013 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2262 | Thermal Cycling | 2/21/2012 | jkp | 29 | True |

Amp Remarks

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2262 | CE Daughter Setup | 2/21/2012 | jkp | n/a | True |

Amp Remarks

| Barcode | Consumable | Expires On |
|---|---|---|
| FO000005 | Formamide | 8/5/2012 |
| GR000005 | CE Internal ROX Standard | 4/6/2012 |
| LP110512 | Profiler Plus ID Ladder | 11/5/2012 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2262 | Denature | 2/21/2012 | jkp | 29 | True |

Amp Remarks

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2262 | STR Injection | 2/21/2012 | jkp | 28 | True |

Amp Remarks

Note: Consumables were not scanned on 02/21/2012. They were verified as the same and scanned on 02/23/2012.

| Barcode | Consumable | Expires On |
|---|---|---|
| CB000004 | CE Buffer | 4/6/2012 |
| CC000057 | CE Capillary | 2/14/2021 |
| PO071312 | CE Polymer | 7/13/2012 |

# Amplification Notes

**Federal Bureau of Investigation**
**nDNA Unit**

Lab Number: **120209015**

Batch ID: **A2163**   COfiler

| Sample | Fraction | Tube ID | Sample Remarks | Well # | Neat Consumed [uL] | Dilution | Target Factor |
|---|---|---|---|---|---|---|---|
| Q3-1a | n | 00W9T | Neat.   16.5 ul amp water added prior to amping | 5 | 20 | No | 1 |
| QB-2a | n | 00W9V | Neat. | 6 | 20 | No | 1 |

# Amplification Notes

**Lab Number:** 120209015

Federal Bureau of Investigation
nDNA Unit

## Batch Info

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2163 | AMP Setup | 3/7/2012 | llf | 1 | True |

*Amp Remarks*

| Barcode | Consumable | Expires On |
|---|---|---|
| CO110812 | COfiler | 11/8/2012 |
| CT110812 | COFiler Taq | 11/8/2012 |
| FC110812 | 9947A | 11/8/2012 |
| WA030113 | H2O | 3/1/2013 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2163 | Thermal Cycling | 3/7/2012 | llf | 64 | True |

*Amp Remarks*

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2163 | CE Daughter Setup | 3/8/2012 | llf | n/a | True |

*Amp Remarks*

| Barcode | Consumable | Expires On |
|---|---|---|
| FO000005 | Formamide | 8/5/2012 |
| GR000006 | CE Internal ROX Standard | 11/15/2012 |
| LC110812 | COFiler Ladder | 11/8/2012 |

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2163 | Denature | 3/8/2012 | llf | 64 | True |

*Amp Remarks*

| Batch ID | Process ID | Process On | Process By | Instrument | Valid |
|---|---|---|---|---|---|
| A2163 | STR Injection | 3/8/2012 | llf | 29 | True |

*Amp Remarks*

| Barcode | Consumable | Expires On |
|---|---|---|
| CB000004 | CE Buffer | 4/6/2012 |
| CC000056 | CE Capillary | 2/14/2021 |
| PO071312 | CE Polymer | 7/13/2012 |