UNCLASSIFIED


**FBI Laboratory**

2501

# REPORT OF EXAMINATION

To: Portland
Eugene RA
SA William M. Soule

Date: April 26, 2012

Case ID No.: 44D-PD-53667

Lab No.: 120209015 KV ACM

Reference: Communication dated February 8, 2012

Your No.:

Title: CODY SETH CRAWFORD;
SALMAN ALFARISI ISLAMIC CENTER - VICTIM;
610 NW KINGS BOULEVARD,
CORVALLIS, OREGON;
RELIGIOUS DISCRIMINATION-FORCE/VIOLENCE

Date specimens received: February 9, 2012

The specimens listed below were examined in the Latent Print Operations Unit:

**THE FOLLOWING SPECIMENS ARE A RESUBMISSION FROM LAB NO. 101130010 KV:**

Q3       Screw top (1B3, E4413930)

Q3.1     Melted piece of plastic (1B3, E4413930)

This report contains the results of the examination of friction ridge prints.

**Results of Examinations:**

The requested latent print examinations were conducted, but no latent prints were detected.

GOVERNMENT EXHIBIT 18 11-CR-60097-AA

UNCLASSIFIED

**Methods**:

    Items of evidence submitted to the Latent Print Operations Unit for examination may be examined visually, examined with various light sources, and/or processed with chemicals and powders to detect the presence of latent friction ridge prints. The specific sequence of examinations and processes depends upon the nature of the evidence.

    Friction ridge print examinations are conducted using the Analysis, Comparison, Evaluation, and Verification methodology (ACE-V), which includes an assessment of the quantity and quality of the information present. The steps of ACE-V are applied to each examination as appropriate.

    Analysis is the assessment of a friction ridge print to determine if sufficient reliable details are present to conduct a comparison with another print and to reach an identification conclusion. If these conditions are met, the print is determined to be of value.

    Comparison is the direct side-by-side observation of friction ridge prints of value to determine whether or not the information in two prints is in agreement.

    Evaluation is the formulation of a conclusion based on the information gathered during the analysis and comparison of the friction ridge prints.

    Conclusions that can be reached are as follows:

- Identification - the determination that there is sufficient quality and quantity of detail in agreement to conclude that two friction ridge prints originated from the same source.

- Exclusion - the determination that there is sufficient quality and quantity of detail in disagreement to conclude that two friction ridge prints did not originate from the same source.

- Inconclusive - the determination that corresponding areas of friction ridge prints are absent and/or unreliable and therefore cannot be identified or excluded.

    Verification is the independent application of the analysis, comparison, and evaluation phases of the ACE-V methodology to a friction ridge print by another examiner.

UNCLASSIFIED

**Interpretations**:

      Due to the many factors involved in the deposition of a friction ridge print, neither the absence of a friction ridge print on evidence nor the exclusion of a friction ridge print with a given source disassociate that source from having touched the evidence.

**Remarks**:

      For questions about the content of this report, please contact Physical Scientist/Forensic Examiner Stephanie Stewart at (703) 632-7176.

      For questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator W. Mark Whitworth at (703) 632-7633.

      The specimens are being returned under separate cover. The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

Stephanie Stewart
Latent Print Operations Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 3 of 3

120209015 KV ACM

UNCLASSIFIED