UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

CODY SETH CRAWFORD,

          Defendant.

Case No. 6:11 CR 60097-1-AA

## ORDER CONTINUING PROBATION

On March 2, 2016, the defendant appeared before this court, for sentencing following his plea of guilty to Damage to Religious Property. He was sentenced to (5) years Probation upon the standard and special conditions. The term of probation commenced on March 2, 2016.

On February 7, 2017, this court issued a petition for summons and order to show cause why the term of probation order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On March 13, 2017, the defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The defendant admitted he had violated the conditions of probation by committing another federal, state or local crime.

THE COURT FINDS that the defendant has violated conditions of his probation as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2).

ORDER CONTINUING PROBATION - PAGE 1

A Grade C violation coupled with the defendant's Criminal History Category of I, produces a suggested imprisonment range of 3 to 9 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of probation is continued under the previously imposed conditions of supervision and the following new conditions:

1. You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.
2. You must not use or possess alcohol.
3. You must not knowingly enter any establishment where alcohol is the primary item for sale without first obtaining the permission of the probation officer.
4. You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.
5. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

Dated this 20 day of March, 2017.

_____
ANN AIKEN
United States District Judge

ORDER CONTINUING PROBATION - PAGE 2