# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>CODY SETH CRAWFORD<br><br>*Defendant* | )<br>)<br>) Case No. 6:11-cr-60097-AA<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/26/17

*Defendant's signature*

*Signature of defendant's attorney*

Bryan Lessley, #920816
*Printed name and bar number of defendant's attorney*

859 Willamette St. #200 Eugene 97401
*Address of defendant's attorney*

Bryan_Lessley@fd.org
*E-mail address of defendant's attorney*

(541) 465-6937
*Telephone number of defendant's attorney*

(541) 465-6975
*FAX number of defendant's attorney*