IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:11 CR 60097-1-AA |
| Plaintiff, | **ORDER** |
| v. | |
| CODY SETH CRAWFORD, | |
| Defendant. | |

This matter came before the court on January 5, 2022 at the request of the defendant's attorney, Kimberly Seymour for a termination of supervised release. The court having considered that matter,

IT IS HEREBY ORDERED that the defendant's request to terminate supervised release is granted. The defendant is no longer obligated to the court in this matter.

Dated the 6th day of January, 2022.

                                                   /s/Ann Aiken
                                                    Ann Aiken
                                         United States District Judge